LAW OFFICES
# JOHN S. WALLENSTEIN
1100 FRANKLIN AVENUE
GARDEN CITY, NEW YORK 11530

(516) 742-5600 Fax (516) 742-5040
E-MAIL: JSWALLENSTEINESQ@AOL.COM

JOHN S. WALLENSTEIN

SCOTT MURPHY
OF COUNSEL

NEW YORK & FEDERAL BARS

CRIMINAL DEFENSE
CIVIL LITIGATION
COMMERCIAL MATTERS

February 8, 2012

**Via ECF and Fax**

Honorable Carol Bagley Amon
Chief United States District Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: United States v. Victor Corrica
          Docket # 11 CR 714 (CBA)

Dear Chief Judge Amon:

      I represent the above named defendant pursuant to a CJA appointment. The defendant is scheduled to appear before Your Honor for sentencing on Friday, March 2, 2012 at 9:30 AM. The defendant is not incarcerated, and he entered a plea of guilty on October 26, 2011 before Chief Magistrate Judge Gold.

      On the scheduled sentence date, I have an appearance conflict. I have three matters scheduled that morning before Judge Spatt in Central Islip; two of those matters are on for sentencing and one is on for a status conference. Two of my three clients are incarcerated.

      I therefore respectfully request that Your Honor adjourn the sentencing of Mr. Corrica for two weeks, until Friday March 16, 2012 in order to accommodate my schedule. I am not available on Friday March 9th because I must appear before Judge Seybert in a multi-defendant complex case that morning.

LAW OFFICES
JOHN S. WALLENSTEIN

Honorable Carol Bagley Amon
February 8, 2012
Page 2

    I have consulted with AUSA Nadia Shihata, who advises that she has no objection to this rescheduling. Because she has a matter scheduled before the court on the requested date at 10:00 AM, and I have a sentencing before Judge Block at noon, we jointly request that this matter be scheduled for sentencing on Friday afternoon, March 16, 2012 at 2:00 PM or any time thereafter convenient to the court. I have also spoken with USPO Cheryl Fiorillo regarding this change in scheduling and she consents as well.

    Thank you for your courtesy.

Respectfully yours,

JOHN S. WALLENSTEIN

JSW/jh
Cc: AUSA Nadia Shihata (Via ECF)
    USPO Cheryl M. Fiorillo (Via ECF)